# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JEFF TYLER, ADC #099012                                                PLAINTIFF

v.                    No. 5:17CV00239-JLH

WENDY KELLEY                                                        DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendant's motion to dismiss is GRANTED, and plaintiff's complaint is DISMISSED without prejudice for failure to exhaust.

2. All pending motions are DENIED as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 28th day of March, 2018.

                                                         _____
                                                         J. LEON HOLMES
                                                         UNITED STATES DISTRICT JUDGE