# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JEFF TYLER, ADC #099012                                                                      PLAINTIFF

v.                                    No. 5:17CV00239-JLH

WENDY KELLEY                                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 28th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE